**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   19-cv-03634-MEH

Rowan Thompson

    Plaintiff,

v.

THOMAS RAGLAND,

    Defendant,

---

**MOTION FOR LEAVE TO RESTRICT ECF 66-3 AND ECF 66-4**

---

COMES NOW, Attorney Igor Raykin, and hereby submits this Motion for Leave to Restrict ECF 66-3 and ECF 66-4, and in support states as follows:

1. On November 22, 2022, undersigned filed his Notice of Attorney Lien in the above-captioned case.  ECF 66.

2. Pursuant to Colorado statute, undersigned attached the fee agreement and activity logs demonstrating his entitlement to fees.  Undersigned inadvertently attached non-redacted activity logs that may reveal privileged information (ECF 66-3 and ECF 66-4).

3. Good cause exists to restrict public access to ECF 66-3 and ECF 66-4.  No waiver of any privilege has been made, and no waiver was intended by undersigned's inadvertent inclusion of non-redacted potentially privileged information by the filing of ECF 66-3 and ECF 66-4.  Restricting access to the unredacted versions of ECF 66-3 and ECF 66-4 while accepting the redacted versions filed along with this motion maintains the proper balance between the privacy interests protected by the privilege and the presumption of

    public access.

4. Therefore, undersigned respectfully requests the Court restrict ECF 66-3 and ECF 66-4 and accept the redacted versions attached to this motion in support of his Notice of Attorney Lien.

WHEREFORE, Attorney Igor Raykin respectfully requests the Court grant this motion to restrict; restrict public access to ECF 66-3 and ECF 66-4; and accept the attached redacted activity logs in support of ECF 66 Notice of Attorney Lien.

DATED: September 19, 2023

Respectfully submitted by:

*/s/ Igor Raykin*
Igor Raykin, Esq. #43081
Kishinevsky and Raykin, Attorneys and Counselors at Law
2851 S. Parker Road, Suite 150
Aurora, CO 80014
Phone: 720-863-4256
igor@coloradolawteam.com

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2023, the foregoing was filed via the CM/ECF system which will send notice to all parties of record.

*s/ Krystle Jennings*
Krystle Jennings